UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEYDY MONDRAGON and PHILLIP SABATER, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

                Plaintiffs,

v.

HARD ROCK INTERNATIONAL (USA), INC., *et al,*

                Defendants.

**Case No.:** 1:26-cv-00447

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant HR Hotel NYC LLC d/b/a Hard Rock Hotel New York ("Defendant") having offered to allow plaintiff GEYDY MONDRAGON and PHILLIP SABATER ("Plaintiffs") to take a judgment against it, in the sum of Six Thousand Dollars and No Cents ($6,000.00) ("Judgment Amount"), inclusive of attorneys' fees and costs, to resolve all of Plaintiffs' individual FLSA claims against Defendants, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated April 9, 2026 and filed as Exhibit A to Docket Number 13;

**WHEREAS**, on April 16, 2026, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendant's Offer of Judgment (Dkt. No. 13);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs GEYDY MONDRAGON and PHILLIP SABATER, in the sum of $6,000.00, in accordance with the terms and conditions of Defendant's Rule 68 Offer of Judgment dated April 9, 2026 and filed as Exhibit A to Docket Number 13. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: ____4/17_____, 2026
      New York, New York

_____Paul A. Engelmyer_____
                    U.S.D.J.